AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Dibenedetto | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16-cv-02429-TSC |
| Iranian Ministry of Information and Security et al. | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/19/2020__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __8/13/20__

ANGELA D. CAESAR
CLERK OF COURT

__T. Davis__
*Signature of Clerk or Deputy Clerk*



RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID DIBENEDETTO, et al.,

Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN

AND

THE IRANIAN MINISTRY
OF INFORMATION AND SECURITY

Defendants.

Case No. 1:16-cv-02429-TSC

## PARTIAL FINAL JUDGMENT

It is hereby ORDERED that final judgment is entered in favor of all plaintiffs named in the chart below and against all defendants. Plaintiffs listed below are awarded $76,106,070.42 in compensatory damages and $261,804,882.24 in punitive damages, for a total award of $337,910,952.66 to be distributed as follows:

| Plaintiff | Pain and Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| The Estate of Thomas DiBenedetto | -- | -- | $1,086,504.46 | $3,737,575.34 |
| Diane Martin | -- | $2,500,000.00 | -- | $8,600,000.00 |
| Laura Pinatti | -- | $2,500,000.00 | -- | $8,600,000.00 |
| David DiBenedetto | -- | $2,500,000.00 | -- | $8,600,000.00 |

1

| Name | | | | |
|---|---|---|---|---|
| Stephen DiBenedetto | -- | $2,500,000.00 | -- | $8,600,000.00 |
| The Estate of Steven M. Forrester | -- | -- | $1,840,040.21 | $6,329,738.32 |
| Christine Forrester | -- | $8,000,000.00 | -- | $27,520,000.00 |
| Detwane Lewis | -- | $3,000,000.00 | -- | $10,320,000.00 |
| Steven E. M. Forrester | -- | $3,000,000.00 | -- | $10,320,000.00 |
| James Forrester | -- | $2,500,000.00 | -- | $8,600,000.00 |
| Angela Forrester | -- | $2,500,000.00 | -- | $8,600,000.00 |
| The Estate of Mark Payne | -- | -- | $1,395,123.39 | $4,799,224.46 |
| Sandra Lainhart | -- | $5,000,000.00 | -- | $17,200,000.00 |
| The Estate of Lex Trahan | -- | -- | $1,184,402.36 | $4,074,344.12 |
| Percy Trahan | -- | $5,000,000.00 | -- | $17,200,000.00 |
| The Estate of Shirley Trahan | -- | $5,000,000.00 | -- | $17,200,000.00 |
| Lorenzo Almanza | $7,500,000.00 | -- | -- | $25,800,000.00 |
| Pieda Vasquez | -- | $2,500,000.00 | -- | $8,600,000.00 |
| Francisca Tang | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Laurencio Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Martha Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |
| The Estate of Ricardo Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Maria Herrera | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Angel Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Richard J. Zierhut Jr. | $1,500,000.00 | -- | -- | $5,160,000.00 |
| Adam Webb | $2,000,000.00 | -- | -- | $6,880,000.00 |
| Dawn Webb | -- | $1,600,000.00 | -- | $5,504,000.00 |
| Mary McMahon | -- | $1,000,000.00 | -- | $3,440,000.00 |
| The Estate of William Webb Sr. | -- | $1,000,000.00 | -- | $3,440,000.00 |
| William Webb Jr. | -- | $500,000.00 | -- | $1,720,000.00 |
| Brenda Meager | -- | $500,000.00 | -- | $1,720,000.00 |
| Roger Webb | -- | $500,000.00 | -- | $1,720,000.00 |
| Katherine Nagy | -- | $500,000.00 | -- | $1,720,000.00 |

It is further ORDERED that defendants shall be liable for the entire $337,910,952.66. It is further ORDERED that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. §1608(e), send a copy of this Order and Judgment, and the memorandum opinion issued this date, to defendants.

Date: February 18, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 2-19-20
By: T. Davis
ANGELA D. CAESAR, CLERK

3